# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0378. JENNIFER GRIMES v. CHRISTOPHER GRIMES.**

In this domestic relations matter, the juvenile court entered an order granting plaintiff Christopher Grimes's petition to modify child custody, awarding sole legal and physical custody of the parties' minor child to Christopher, and ordering defendant Jennifer Grimes to pay child support. Jennifer has filed a timely application for discretionary review, seeking to appeal the custody rulings.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, the order Jennifer seeks to appeal is directly appealable.

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Jennifer shall have ten days from the date of this order to file a notice of appeal in the juvenile court. See OCGA § 5-6-35 (g). If Jennifer already has filed a notice of appeal in the juvenile court, then she need not

file a second notice. The clerk of the juvenile court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/06/2021_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*